HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW STRICK,<br><br>        Petitioner,<br><br>   v.<br><br>NISQUALLY DELTA RIVER ENTRANCE,<br><br>        Respondent. | CASE NO. C16-5229 RBL<br><br>ORDER DENYING MOTION TO PROCEED IFP<br><br>DKT. #1 |

THIS MATTER is before the Court on Petitioner Strick's Motion to Proceed *in Forma Pauperis* [Dkt. #1]. Strick sues the Nisqually Delta River Entrance, alleging four military police officers assaulted him there.

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The Court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir.

1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *see also Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

Strick's action against the Nisqually River Delta Entrance—a place—is meritless. His Motion to Proceed *in Forma Pauperis* [Dkt. #1] is DENIED. Strick shall pay the filing fee or submit a proposed amended complaint addressing this deficiency within 30 days, or the case will be dismissed without further notice.

IT IS SO ORDERED.

Dated this 29th day of March, 2016.

Ronald B. Leighton
United States District Judge

DKT. #1 - 2